**FILED**

**Mar 05, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 1:25-MJ-00019-BAM |
| ) | |
| Plaintiff, ) | **UNSEALING ORDER** |
| v.          ) | |
| ) | |
| ) | |
| HUMBERTO HUGO TAPIA MEDINA, ) | |
| ) | |
| Defendant. ) | |

Good cause due to the defendant's pending Arraignment on the Indictment in the Eastern District of California, it is hereby ordered that the Indictment, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

DATED: March 5, 2025

_____
HON. BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE